MICHAEL JOSEPH CADDIE #408109/B.W.TDCJ
JESTER·4·UNIT/D2-50/SID#02584950.
# 4. JESTER ROAD          22,447-01
RICHMOND, TX. 77406-8544                    P.D.

(MON. 26th JANUARY, 2015)

TX. Courts of Criminal Appeal    CLERK, LOUISE PEARSON
          Capitol Station
P. O. BOX 12,308
AUSTIN, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

CLERK,

" — Thirty·yrs, (30 yrs.)", AGO! "(1985-
-2015)"! "I, WAS, (WRONGFULLY & FAL-
-SELY) INDICTED," — ①CHARGED ②CONVICT-
-ED, ③SENTENCED & ④IMPRISONED! — BY, A, "HO-
-USTON (HARRIS·CO.), TX. "GRAND·JURY"!
"AND, BY, AN (ALL·WHITE) "RACIST)" JURY!!!
" AS, WELL, AS — BY "(ALL·WHITE) "RACIST)" PRO-
-FESSIONAL·WITNESSES" — "INCLUDING"
①POLICE·OFFICERS, ②MED·DRS, ,



③ NEUROSURGEONS (M/Ms, ④ M/Ms ⑤ M/Fs. WITT-
-NESSES, ⑥ CAPAIN. MCGRO (M/Fs, ETC.!!!
FOR, A (70 YRS.) (1985-2055) "PERIOD!!!
FOR, THE, [OFFENSE] OF: [AGG. SEXUAL.
ASSAULT]! "INVOLVING, A (W/F)" —MISS
DONNA KAYE REYNOLDS (W/F)!" "OF,
[HOUSTON (HARRIS CO.), TX.]!!! "AGE-
[THEN, Oct. 1985] (24 YRS. old)"!!!
—A (RAPE KIT), WAS (ALSO conducted)"
OF THE [COMPLAINANT] (MISS DONNA
KAYE REYNOLDS (W/F)! BY, A, [———SGT.
RALPH YARBROUGH (M/M (DETECTIVE)" OF
THE [HOUSTON. POLICE. DEPARTMENT'S
SEX. CRIMES. UNIT]! ON (SUN. 20th
JAN. 1985)!!! (DATE OF CRIME)"!!! AND

- THE "RAPE KIT" RETURNED BACK "NEGATIVE"!!!"NO" TRACE OF SPERM. OR SEMEN)"!!! COMMENT "WHERE'S THE "ACT OR PERFORMANCE" OF [AGG. SEXUAL ASSAULT]?

[REYNOLD's CONFESSION].

- "DURING JURY TRIAL" (Oct. 15-24, 1985 (("SOME "30yrs." AGO! (1985-2015)" IN THE [339th DIST. COURT's] CHAMBERS!!! "OF THE "PRESIDING JUDGE's" (the HON. [NORMAN E. LANFORD](XIII)!!! BUT WAS "REPLACED" BY A "Substitute Judge (XIV!" (NAME: ZAFF.)"!!! "IT

- WAS "TESTIFIED" BY THE "COMPLAINANT

• "(MISS DONNA KAYS REYNOLDS(X/F)" ON, "[6]" SIX _ "(SEPARATE. OCCASION(S)"!!! "THAT, THERE, WAS [NO] (SEXUAL. ENCOUN-TER)" _ BETWEEN _ US!!!

"[3]" (PRE-SE) "TIMES _ TO THE": (— _ STATES. PROSECUTOR): [MS. ROBIN BROWN(X/F)" "HAV-ING, THE, SAME": ⊕AGE, ⊕SEX, ⊕GENDER & ⊕RACE! _ "AS, THE," [COMPLAINANT]: (MISS DONNA KAYS REYNOLDS(X/F)! "[3]" (PRE-SE) "TIMES"! ON, "(CROSS-EXAMINA-TION)" TO MY": (STATES "(Court Appointed)" ATTX: [DAVID ROBERT SILVERTSEN (X/M)" "[TBN#18448000]"!!!! "THAT, THERE, WAS [NO] (SEXUAL. ENCOUNTER)" BETWEEN _ US! ON, (SUN. 20TH JAN. 1985"! "SOME,

"(30 YRS.) AGO!. (1985-2015)"!!!

Respectfully,

"[NO]" TESTIMONY

"I, DID'NT, TESTIFY @" Jury-
·TRIAL(·OCT. 15-21, 1985)!· TO, "DEFEND"
MYSELF !!!

[SUMMARY]:

"(MISS DONNA KAYE REYNOLDS)(KR"!·
"WAS'NT, {"AGG. LY KIDNAPPED ·o.R· RAPED"}!·
"BY ME!. ON,(SUN. 20th JAN. 1985)"!·RATH-
ER!·"SHE, (CONSENTED)", TO COME "UP-
STAIRS" TO MY APMT.·[TIFFANY PLACE.
·APMTS.[11, 315 FONDREN ST.][SOUTH-
WEST](Houston, TX. 77035)!·(·"RE-

, KEEP, (WARM) !!! "ON, THAT, VERY" COLD" "JANUARY · NIGHT" "at" "MID · NIGHT" "(12:00 p.m.)" !!! "WHILE, I (ATTEMPTED) TO — CHANGE "(Coolant)" or "(ANTI · FREE-ZE)" ! "INTO (HER) VEHICLE !!! "A, GOLD" PONTIAC · FIREBIRD !!!

Respectfully,

[CONCL]:

— "I, WAS, ORIGINALLY" (CHARGED) WIT-TH, "3" OFFENSES ① AGG. KIDNAPPING ② AGG. SEXUAL · ASSAULT ③ ATTEMPTED · CAPITAL · MURDER !! "BUT, AFTER, AN" "IN-TENSE · INVESTIGATION" BY LOCAL "LAW · ENFORCEMENTS" ("H.P.D)" [2]



OF THE CHARGES: ① [AGG. KIDNAPPING] ② [ATTEMPTED CAPITAL MURDER] WAS (DISMISSED)!!! AND, I WAS (TAKEN) THEM TO: (JURY TRIAL) ON THE (LAT-TER) OR (REMAINDER) OF: [AGG. SEXUAL ASSAULT]!!!(- - - ->) ON, (Oct. 15-21, 1985)!!! (SOME (30 yrs.) AGO!!! (1985-2015)!!!

[DNA]

[NO] (DNA) (EVIDENCE)! WAS (EX-BITED)! DURING THE (PHASE) OF: (JURY TRIAL) (Oct. 15-21, 1985)! SOME, (30 yrs.)! AGO! (1985-2015)!!!

[REMORSEFULLNESS]:

TODAY!!! [I AM], VERY, (REMORSEFUL & REGRETFUL) ("ABOUT & CONCERNING") THE "(MINOR INJURIES)" I CAUSED TO: MISS DONNA KAYS REYNOLDS(CCF!!!

Respectfully

THANK(S) A LOT(S)! CLERK! [Your.

HONOR] [MADAM] !.!.!

Respectfully

[REQUEST] "(Full-Pardon)"
&
"(Exoneration)"
"VIA"

"Racial "Discrimination"

STATE of TEXAS

VS.

MICHAEL JOSEPH CADDIE #408109 ( ̶B̶w̶ ̶

TDCJ-CID

SID#03584950 ---~

CASE. NO#: 01-03-00057-CV

CASE. NO#: 01-86-00010-CR

CASE. NO.#: 01-03-00570-CR

WR22,447-01

CAUSE. NO#: 419,171 A

[Jury. TRIAL]

Oct. 15-24, 1985 - 339th DIST. COURT

[30yRS, AGO: ] - (1985-2015)

"POST. CONVICTION"

PRESIDING. JUDGE: [THEN: Oct. 1985 ][the Hon.

NORMAN E. LANFORD (WM/ PRESIDING. Bu

WAS, "REPLACED", BY A: "Substitute Judge"

(WM/ WHO PRESIDED @ Jury. TRIAL (Oct. 15-24, 1985) ---> @ NAME UNKNOWN?

[HOUSTON, (HARRIS CO.) TEXAS]